Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

DECEMBER 9, 2015

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON MATTHEW BLACK,

    Defendant.

CR15-5537 BHS

INDICTMENT

## COUNT 1

### (Unlawful Possession of Firearms)

On or about June 1, 2015, at Tacoma, within the Western District of Washington, JASON MATTHEW BLACK, having been previously convicted of a misdemeanor crime of domestic violence, to wit:

*Assault in the Fourth Degree*, in Pierce County Superior Court, case number 12-1-00098-2, on or about September 19, 2012;

did knowingly possess, in and affecting commerce, firearms, namely:

- Winchester Model 94 30-30 lever-action rifle, bearing serial number 4987577;
- Lee Enfield Model III .303 bolt-action rifle, bearing serial number 56835; and
- Astra Model A-70 9mm semi-automatic pistol, bearing serial number T0211;

INDICTMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  all of which had previously been shipped and transported in interstate and foreign
2  commerce.
3     All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 2

### (Unlawful Possession of a Machinegun)

On or about June 1, 2015, at Tacoma, within the Western District of Washington, JASON MATTHEW BLACK possessed a firearm, that is, an AR-15 style fully automatic machinegun with no serial number, that was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(6).

A TRUE BILL:

DATED: 12-9-15

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

INDICTMENT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970